IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RUDOLPH MARSHALL,

    Petitioner,                    No. CIV S-10-0565 JAM EFB P

    vs.

LARRY SMALL,

    Respondent.                  ORDER

_____/

        Petitioner, a state prisoner proceeding without counsel, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

        On February 11, 2011, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Neither party has filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

/////

1

1. The findings and recommendations filed February 11, 2011, are adopted in full;

2. Respondent's June 8, 2010 motion to dismiss is denied;

3. Petitioner's June 28, 2010 motion to stay is denied as moot;

4. Respondent is directed to file and serve an answer or a motion in response to petitioner's March 10, 2010 application within 60 days. *See* Rule 4, Fed. R. Governing § 2254 Cases. Respondent's response shall be accompanied by any and all transcripts or other documents relevant to the determination of the issues presented in the application. *See* Rules 4, 5, Fed. R. Governing § 2254 Cases; and

5. Petitioner's reply, if any, must be filed within 30 days of service of an answer.

6. If the response to petitioner's application is a motion, petitioner's opposition or statement of non-opposition shall be filed and served within 30 days of service of the motion, and respondents' reply, if any, shall be filed within 14 days thereafter.

DATED: March 25, 2011

/s/ John A. Mendez
UNITED STATES DISTRICT JUDGE